IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICO FLORES T/A CHILEAN PRODUCE CO. ) ) ) Plaintiff ) ) v. ) ) UNISTAR ENTERPRISES, INC. ) ) and ) ) S. ROD ACCHIARDO, President. ) ) Defendants ) | 1998 OCT -6 A 11: 42<br><br>CLERK'S OFFICE<br>AT BALTIMORE<br><br>BY _____ DEPUTY<br><br>Civil Case No.: L-98-146<br><br>____FILED ____ENTERED<br>____LODGED ____RECEIVED<br><br>SEP 3 0 1999<br><br>AT BALTIMORE<br>CLERK U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ DEPUTY |

MOTION FOR EXTENSION OF TIME IN WHICH TO
FILE AMENDED COMPLAINT

COMES NOW, the Plaintiff, by and through the undersigned attorneys and respectfully requests this Honorable Court for the entry of an order allowing the plaintiff an extension of time in which to file the amended complaint. As grounds thereof, the Plaintiff would show:

1. That on September 15, 1998 the Court held a telephone conference, on the record, wherein the Court granted the Plaintiff's Motion to Amend the Complaint as to Excel International Company of Memphis, Tennessee, and instructed the Plaintiff to serve Excel International with a copy of the complaint and all relevant papers within thirty (30) days of September 15, 1998, i.e., by October 15, 1998.

MOTION " MOOT " this 30th day
of September 1999.

BENSON EVERETT LEGG, U.S.D.J.

2. That on September 22, 1998 the undersigned attorneys received the September 15, 1998 Order.

3. That on September 17, 1998 the Court on its own filed its Memorandum to Counsel on the above-styled cause requesting that plaintiff's counsel refile the amended complaint to reflect the Court's September 15, 1998 order by October 15, 1998. This Memorandum was postmarked September 22, 1998 and received by the undersigned attorneys on Friday, September 25, 1998.

4. That since the September 15, 1998 telephone conference with this Court, the undersigned attorneys have met on several occasions with the plaintiff for the purpose of obtaining information pertinent to the preparation of the amended complaint.

5. That between Monday, September 28, 1998 and Friday October 2, 1998 the undersigned attorneys were involved in a criminal jury trial in Marion Superior Court, Criminal Division 4, Indianapolis, Indiana.

6. That the undersigned attorneys require additional time to review the information provided by the plaintiff in order to properly prepare the amended complaint.

7. That the undersigned attorneys have not been able to contact Thomas Cullen, Jr., attorney for the defendant, regarding his position on the plaintiff's Motion for Extension of Time.

8. That the undersigned attorneys respectfully request this Honorable Court to extend the time by which to file the amended

complaint to the original date set by the September 15, 1998 order, to October 15, 1998.

**WHEREFORE**, the Plaintiff, Americo Flores T/A Chilean Produce Company, respectfully requests this Honorable Court for the entry of an Order granting the plaintiff's Motion for Extension, and allow plaintiff's counsel to file the amended complaint by October 15, 1998.

*[signature]*
Edward W. Malavenda
Rafael Ramirez
Attorneys for Plaintiff
42 Virginia Avenue
3rd Floor
Indianapolis, IN 46204
Tel: (317) 951-8538
Fax: (317) 951-8539

### CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a copy of the foregoing Motion for Extension was delivered by U.S. First Class Mail on this 5th day of _____ October, 1998 to:

Thomas J. Cullen, Jr.
GOODWILL, DEVRIES LECH, AND GARY
1 South Street
Suite 2000
Baltimore, MD 21202

Pat Ilabaca Orphanopoulos, President
Excel International Company
6027 Walnut Grove, Ste. 14
Memphis, TN 38120

*[signature]*
Rafael Ramirez
Indiana Bar #: 18847-49
*[signature]*
Edward Malavenda
Indiana Bar #: 18306-53