IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICO FLORES T/A CHILEAN  :
PRODUCE CO.
                            :
    v.                          CIVIL NO. L-98-146
                            :

UNISTAR ENTERPRISES         :

ORDER

On January 15, 1999, a default judgment was entered against Defendant Excel Enterprises. The judgment lists the president of Excel Enterprises as Pat Ilabalca Orphanopolos and was served on Patricio Ilabaca, M.D. Before this Court is Patricio Ilabaca's Motion to Set Aside the Default Judgment so far as it relates to him because Dr. Ilabaca is not now, nor has ever been, the president, an officer, or an agent of Defendant Excel Enterprises. (<u>See</u> Ilabaca Aff.) Pursuant to Federal Rule of Civil Procedure 60, this Court hereby GRANTS Patricio Ilabaca's Motion to Set Aside the Default Judgment, so far as the judgment relates to him.

IT SO ORDERED this 30TH day of September, 1999.

Benson Everett Legg
United States District Judge