```
                                                    ____FILED _____ENTERED
                                                    ____LODGED_____RECEIVED
         IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND              NOV  1 1999
                                                        AT BALTIMORE
AMERICO FLORES T/A           :                      CLERK U.S. DISTRICT COURT
                                                       DISTRICT OF MARYLAND
  CHILEAN PRODUCE CO.                         BY                     DEPUTY
                             :
       v.                                CIVIL NO. L- 98-146
                             :
UNISTAR ENTERPRISES,
  et al.                     :
```

ORDER

On October 26, 1999, this Court held a telephone conference on the record. For the reasons set forth in the conference, the Court hereby ORDERS that:

(i) on November 15, 1999 at 9:00 a.m. EST, the Plaintiff shall take the deposition of S. Rod Acchiardo in Baltimore, Maryland;

(ii) the Defendants shall send to the Plaintiff a copy of the Motion to Set Aside the Default Judgment as it relates to Patricio Illbaca;

(iii) if Patricio Illbaca was a named defendant with claims against him personally in this action, the Plaintiff may request permission from the Court to depose Dr. Illbaca telephonically or in person in Tennessee. If the deposition establishes that the Plaintiff has a viable claim against Dr. Illbaca personally, then the Plaintiff may seek to have any such claims against Dr. Illbaca reinstated;

(iv) on or before December 6, 1999, the Plaintiff shall file a response to Defendants' Motion for Summary Judgment; and

(v) on or before December 16, 1999, the Defendants shall file a reply to Plaintiff's Response to Defendants' Motion for Summary Judgment.

IT IS SO ORDERED this 1st day of November, 1999.

_____
Benson Everett Legg
United States District Judge