IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICO FLORES T/A : 
  CHILEAN PRODUCE CO.
 :
    v. :    CIVIL NO. L-98-146
 :
UNISTAR ENTERPRISES,
  et al. :

## ORDER

For the reasons stated in the Court's Memorandum of even date, the Court hereby ORDERS that:

  (i) Defendants' Motion for Summary Judgment is GRANTED;

  (ii) this Order shall constitute a Final Judgment in the case; and

  (iii) the Clerk is DIRECTED to CLOSE the CASE.

IT IS SO ORDERED this 3rd day of March, 2000.

                              _____
                              Benson Everett Legg
                              United States District Judge